IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:19CR194 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT J. ROSENSTEIN, | ) | GOVERNMENT'S MOTION TO FILE ITS |
| | ) | SENTENCING MEMORANDUM UNDER |
| Defendant. | ) | SEAL |
| | ) | |

    The United States of America, by and through its counsel, Justin E. Herdman, United States Attorney for the Northern District of Ohio, and Megan R. Miller, Assistant United States Attorney, requests leave of this Honorable Court to file its Sentencing Memorandum under seal. The government's memorandum contains information of a sensitive nature, and Defendant Rosenstein requested and received permission to file his sentencing memorandum under seal for the same reason.

    The government will serve Defendant with a copy of its memorandum immediately upon filing.

                                                     Respectfully submitted,

                                                     JUSTIN E. HERDMAN
                                                     United States Attorney

                                                /s/ Megan R. Miller
                                                 Megan R. Miller (OH: 0085522)
                                                 Assistant United States Attorney
                                                 United States Court House
                                                 801 West Superior Avenue, Suite 400
                                                 Cleveland, OH 44113
                                                 (216) 622-3855
                                                 (216) 522-8355 (facsimile)
                                                 Megan.R.Miller@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of July 2019 a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

/s/ Megan R. Miller
Megan R. Miller
Assistant U.S. Attorney